North British and Mercantile Insurance Company, Limited, Appellant, v. Edna A. Carlson Uber, Respondent.— Order entered upon stipulation filed, substituting Locke, Babcock, Hollister & Brown as attorneys for appellant in

place of Richard E. Jacobson, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.